# DISTRICT COURT OF MARYLAND FOR Baltimore City

**LOCATED AT (COURT ADDRESS)**
501 E. FAYETTE ST

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
[X] $5,000 or under  [ ] over $5,000  [ ] over $10,000

Clerk: Please docket this case in an action of [ ] contract [X] tort [ ] replevin [ ] detinue [ ] bad faith insurance claim

**CASE NO.** CV 7620-20

The particulars of this case are:

COUUNT ONE–THREE COUNTS OF FAILURE TO CORRECT CREDIT UNDER FAIR CREDIT REPORTING ACT.

COUNT TWO-- FAILURE COMPLY WITH REQUESTS OF INFORMATION THAT IS IN MY CREDIT FILE

COUNT THREE-- ADDED REMOVED FILES BACK TO CREDIT FILE ILLEGALLY

COUNT FOUR-- CAUSING EMOTIONAL DISTRESS

COUNT FIVE-- NEGATIVELY AFFECTING MY ABILITY TO GET APPROVED FOR A HOME LOAN AND CAR LOAN

## PARTIES

**Plaintiff**
Dax Johnson
4427 Craddock Ave
Baltimore, MD 21212

VS.

**Defendant(s):**

1. TRANS UNION
   P.O. BOX 2000
   CHESTER, PA 19016
   Serve by: [ ] Certified Mail [ ] Private Process [ ] Constable [ ] Sheriff

2. SERVE ON
   CHRISTOPHER CARTWRIGHT
   P.O. BOX 2000
   CHESTER, PA 19016
   Serve by: [X] Certified Mail [ ] Private Process [ ] Constable [ ] Sheriff

3. 
   Serve by: [ ] Certified Mail [ ] Private Process [ ] Constable [ ] Sheriff

4. 
   Serve by: [ ] Certified Mail [ ] Private Process [ ] Constable [ ] Sheriff

(See Continuation Sheet)

The plaintiff claims $ 5000 , plus interest of $ 0 , interest at the [ ] legal rate [ ] contractual rate calculated at ___%, from ___ to ___ ( ___ days x $ ___ per day) and attorney's fees of $ ___ plus court costs.

[ ] Return of the property and damages of $ ___ for its detention in an action of replevin.
[ ] Return of the property, or its value, plus damages of $ ___ for its detention in action of detinue.
[X] Other: CORRECTION OF CREDIT FILE  $ 5000

and demands judgment for relief.

_Signature of Plaintiff/Attorney/Attorney Code_   CPF ID No.
Printed Name: Dax Johnson
Address: 4427 Craddock Ave
Telephone Number: 443-703-9302
Fax:
E-mail:

## ATTORNEYS
For Plaintiff - Name, Address, Telephone Number & Code

## MILITARY SERVICE AFFIDAVIT

[ ] Defendant(s) _____ is/are in the military service.
[ ] No defendant is in the military service. The facts supporting this statement are: _____

_Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military._

[X] I am unable to determine whether or not any defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____   _____
Date                         Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
[ ] Properly authenticated copy of any note, security agreement upon which claim is based [ ] Itemized statement of account [ ] Interest worksheet
[ ] Vouchers [ ] Check [ ] Other written document [ ] _____ [ ] Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the [ ] plaintiff [ ] _____ of the plaintiff herein and am competent to testify to the matters stated in this Complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____   _____
Date                         Signature of Affiant

DC-CV-001 (front) (Rev. 12/2018)