**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

---

DAX JOHNSON,                                                             CASE NO. 1:20-cv-03054-SAG
        Plaintiff,

    vs.

TRANS UNION,
        Defendant.

---

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

---

Plaintiff, Dax Johnson, *pro se*, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union in this action. Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the Plaintiff has received the settlement funds.

Respectfully submitted,

Date: February 4, 2021        \*/s/ *Dax Johnson (with consent)*
        Dax Johnson
        4427 Craddock Avenue
        Baltimore, MD 21212

        *Pro Se Plaintiff*

        *\* Counsel hereby certifies the he has a signed copy*
        *of the foregoing document available for inspection*
        *at any time by the court or a party to this action.*

Date:  February 5, 2021              */s/ Robert J. Schuckit*
                                                    Robert J. Schuckit, Esq. (MD Federal Bar #14125)
                                                    Schuckit & Associates, P.C.
                                                    4545 Northwestern Drive
                                                    Zionsville, IN  46077
                                                    Telephone:  (317) 363-2400
                                                    Fax:  (317) 363-2257
                                                    E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*
*(improperly identified as Trans Union)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **5th day of February, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **5th day of February, 2021,** properly addressed as follows:

| **Pro Se Plaintiff**<br>Dax Johnson<br>4427 Craddock Avenue<br>Baltimore, MD  21212 | |
|---|---|

 

        */s/ Robert J. Schuckit*
        Robert J. Schuckit, Esq. (MD Federal Bar #14125)
        Schuckit & Associates, P.C.
        4545 Northwestern Drive
        Zionsville, IN  46077
        Telephone:  (317) 363-2400
        Fax:  (317) 363-2257
        E-Mail:  rschuckit@schuckitlaw.com

        *Counsel for Defendant Trans Union, LLC*
        *(improperly identified as Trans Union)*