UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(NORTHERN DIVISION)

DAX JOHNSON,  CASE NO. 1:20-cv-03054-SAG
       Plaintiff,

vs.

TRANS UNION,
       Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

Plaintiff Dax Johnson, *pro se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: February 9, 2021

      /s/*
Dax Johnson
4427 Craddock Avenue
Baltimore, MD  21212

*Pro Se Plaintiff*

*\* Counsel hereby certifies the he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.*

| | |
|---|---|
| Date:  February 9, 2021 | */s/ Robert J. Schuckit* <br> Robert J. Schuckit, Esq. (MD Federal Bar #14125) <br> Schuckit & Associates, P.C. <br> 4545 Northwestern Drive <br> Zionsville, IN  46077 <br> Telephone:  (317) 363-2400 <br> Fax:  (317) 363-2257 <br> E-Mail:  rschuckit@schuckitlaw.com <br> <br> *Counsel for Defendant Trans Union, LLC* <br> *(improperly identified as Trans Union)* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **9th day of February, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **9th day of February, 2021** properly addressed as follows:

| **Pro Se Plaintiff**<br>Dax Johnson<br>4427 Craddock Avenue<br>Baltimore, MD  21212 | |
|---|---|

*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC (improperly identified as Trans Union)*