# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| DAX JOHNSON, | CASE NO. 1:20-cv-03054-SAG |
|          Plaintiff, | |
| vs. | |
| TRANS UNION, | |
|          Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC

Plaintiff Dax Johnson, *pro se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Dax Johnson against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Dax Johnson and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: February 9, 2021

_____
Stephanie A. Gallagher
United States District Judge

DISTRIBUTION TO:

| | |
|---|---|
| Dax Johnson<br>4427 Craddock Avenue<br>Baltimore, MD  21212 | Robert J. Schuckit, Esq.<br>rschuckit@schuckitlaw.com |